UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DEREK J. LITTLETON,

        Plaintiff,

v.                                                                    3:07-cv-40


LOUDON COUNTY, TENNESSEE,
SHERIFF TIM GUIDER, and
JAIL ADMINISTRATOR BILL SHIRK,

        Defendants.

**JUDGMENT ORDER**


        For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that

this action is **DISMISSED** as frivolous and for failure to state a claim for relief.  The court

**CERTIFIES** that any appeal from this action would not be taken in good faith and would

be totally frivolous.


        **E N T E R:**

                                     s/ James H. Jarvis
                             United States District Judge

ENTERED AS A JUDGMENT
    *s/ Patricia L. McNutt*
      CLERK OF COURT